*Miller* and *Ridgely* for plaintiff. *Wilson* and *Bayard* for defendant.

## EVANS' LESSEE v. SHORT.

Court of Common Pleas. Sussex. May, 1797.

*Bayard's Notebook, 193.*[*]

---

[*] This case is also reported in *Wilson's Red Book, 158.*

436

 

*Ridgely* for defendant objected that it did not appear from the copy of the record of the patent that the patent was ever sealed and without sealing the patent would be incompetent. He therefore conceived the copy was not evidence.

Upon argument the objection was overruled and the copy read to the jury.

The plaintiff afterwards offered in evidence the alienation bond of Lewis Jones to Aaron Lyn dated October 23, 1732.

*Wilson* objected to its admission because that it was not proved, and, as he alleged, it had not gone with the possession. Cited 1 Str. 96, 1 Morg. 161, and 1 Bl.R. 532.

Plaintiff called Julius A. Jackson as a witness, who proved that thirty years ago he was present when a survey was made and a boundary proved by persons under whom the plaintiff claimed; that there had been a clearing once but that it had grown up; that about twenty years ago one Smith made a clearing and agreed to pay rent to one Furman (a stranger); land was principally wood; that the old clearing was called Lewis Jones'. He had heard that Lyn under whom the plaintiff claimed had been in possession.

Upon argument the bond was admitted.

Two points were ruled by the Court in their charge to the jury. First, that a person having been absent seven years and during that time not heard of should be presumed dead. Second, that possession of land being proved on behalf of one party should be presumed to continue until another or adverse possession was shown.

Plaintiff had a verdict.

*Peery, Miller, Batson* and *Bayard* for plaintiff. *Wilson, Hall* and *Ridgely* for defendant.